**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000462
06-MAY-2020
08:04 AM

NO. CAAP-19-0000462

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant, v.
JAMIE JASON, MALIA KAALANEO LAJALA, KRYSTLE
LYNN FERREIRA, and JORGE ALLEN PAGAN-TORRES,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CPC-18-0000639)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Chan, Presiding Judge, and Hiraoka and Wadsworth, JJ.)

Upon consideration of the motion to dismiss the appeal filed by Plaintiff-Appellant State of Hawai'i on April 24, 2020, and the records and files herein, and there being no opposition,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed.

DATED: Honolulu, Hawai'i, May 6, 2020.

/s/ Derrick H.M. Chan
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge